No. 3065. QUIÑONES HERMANOS & CÍA., APELANTES, *v.* ORTIZ, APELADA.—C. de D. de Guayama.   Cobro de dinero.   R. mar. 13, 1924. Examinados los autos y el alegato de la apelante y no demostrándose que la demandada se obligara al pago de la partida de $360 ni tampoco haber autorizado a Ignacio Robles a hacer el traspaso a su nombre de dicha partida y no apareciendo de los autos error fundamental alguno, se confirmó la sentencia apelada.

No. 3283. GONZÁLEZ, APELADO, *v.* DELGADO, APELANTE.—C. de D. de Guayama.   R. mar. 14, 1924.   Desestimado el recurso a instancia del apelado por no haberse establecido la apelación dentro del término legal.

No. 3289. LINARES, APELANTE, *v.* LINARES, APELADA.—C. de D. de Aguadilla.   R. mar. 19, 1924.   Apareciendo de la moción de la apelada y de la certificación que se acompaña que la apelación se interpuso en dic. 7, 1923 sin que se haya radicado en tiempo en la corte inferior la exposición del caso ni haberse archivado la transcripción de los autos, vista la ley y la constante jurisprudencia de este tribunal, se desestimó la apelación.

No. 2129. EL PUEBLO *v.* CRUZ.—Adulteración de leche. C. de D. de Ponce.   R. mar. 19, 1924.   Celebrada la vista de esta apelación con la sola comparecencia del fiscal, examinado el alegato del apelante y apareciendo que la prueba es suficiente, se confirma la sentencia recurrida.